IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TANNIE LAROCCA            : | |
| : | CIVIL ACTION |
| v.            : | |
| : | NO. 22-2806 |
| U.S. ATTORNEY GENERAL      : | |
| MERRICK GARLAND           : | |

## ORDER

AND NOW this 5th day of October, 2023, upon consideration of Defendant United States Attorney General Merrick Garland's Motion for Summary Judgment (Document No. 22), and Plaintiff Tannie LaRocca's Response in Opposition (Document No. 29), it is hereby ORDERED the Motion is GRANTED IN PART and DENIED IN PART and Judgment is entered in favor of Defendant on Count I and on Plaintiff's claim for discrimination in Count II for the reasons set forth in the accompanying Memorandum.

In all other respects, the Motion is DENIED.

BY THE COURT:

/s/ Juan R. Sánchez
_____
Juan R. Sánchez,           C.J.